

# Service of Process Transmittal
07/30/2021
CT Log Number 539997328

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Florida

**FOR:** Wal-Mart Stores East, LP (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Mitchell Carolyn and Dewayne Mitchell, etc., Pltfs. vs. Walmart Stores East, LP and Derrick Peterson, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Plan And Order, Order(s), Complaint, Notice(s), Request(s), Interrogatories |
| **COURT/AGENCY:** | St Lucie County Circuit Court, FL<br>Case # 562021CA001349AXXXHC |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 05/03/2020, Walmart located at 1850 SW Gatlin Blvd., Port St. Lucie, FL |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/30/2021 at 03:14 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | David S. Mitchell<br>Steinger, Greene & Feiner<br>507 NW Lake Whitney Place<br>Port St. Lucie, FL 34986<br>772-621-9934 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/30/2021, Expected Purge Date: 08/04/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / JD



# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Jul 30, 2021

**Server Name:** Anjelica Fiol

Entity Served        WAL-MART STORES EAST, LP

Case Number          562021CA001349AXXXHC

Jurisdiction         FL



Filing # 131375820 E-Filed 07/26/2021 11:24:32 AM

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA

CAROLYN MITCHELL and DEWAYNE MITCHELL,
her husband,
    Plaintiffs,

CASE NO.: 562021CA001349AXXXHC

Judge Laurie E Buchanan

-vs-

WALMART STORES EAST, LP and DERRICK PETERSON,
    Defendants.
_____/

DATE 7/30/2 TIME 100p

INITIALS: ___ ID #: ___

AK-260

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint, Request for Admissions, Interrogatories, Notice of Deposition and Request to Produce in this action on Defendant:

**WALMART STORES EAST, LP
By serving its Registered Agent:
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324**

    EACH Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's Attorney whose address is:

David S. Mitchell, Esquire
**STEINGER, GREENE & FEINER**
507 NW Lake Whitney Place,
Port St. Lucie, FL 34986
Telephone: (772) 621-9934
dmitchell@injurylawyers.com
jbullard@injurylawyers.com

within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's Attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

DATED on   7/26/2021   .    MICHELLE R. MILLER, CLERK AND COMPTROLLER

BY: _Peyton Osborne_

91774

Filing # 131375820 E-Filed 07/26/2021 11:24:32 AM

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA

CAROLYN MITCHELL and DEWAYNE
MITCHELL, her husband,                          CASE NO.:
   Plaintiffs,

-vs-

WALMART STORES EAST, LP and
DERRICK PETERSON,
   Defendants.
_____/

## COMPLAINT

COME NOW the Plaintiffs, CAROLYN MITCHELL and DEWAYNE MITCHELL, her husband, by and through the undersigned counsel, sue the Defendants, WALMART STORES EAST, LP and DERRICK PETERSON, and state:

1. This is an action for damages that exceed the minimum jurisdictional amount of this Court.

2. All conditions precedent have been performed or have occurred.

3. On or about May 3, 2020, Defendant, WALMART STORES EAST, L.P., leased, rented, possessed, controlled, operated, and/or owned a building and/or property located at or near 1850 SW Gatlin Blvd, Port St. Lucie, St. Lucie County, Florida that was used as "Walmart" and did supervise and maintain said property through its agent and servants.

4. At all times material hereto, DERRICK PETERSON was a Florida Resident and was acting as the Store Manager for the Wal-Mart Store located at 1850 SW Gatlin Blvd, Port St. Lucie, Fort Pierce, St. Lucie County, FL.

## COUNT I

## NEGLIGENCE AS AGAINST WAL-MART STORES EAST, LP

5. Plaintiff reasserts the allegations in paragraphs 1-4, above, and incorporates same into this Count.

6. At that time and place, Plaintiff, CAROLYN MITCHELL, was an express or implied invitee of Defendant, WALMART STORES EAST, L.P. and went onto Defendant, WALMART STORES EAST, L.P.'s premises to shop.

7. Defendant WALMART STORES EAST, L.P., owed a nondelegable duty of reasonable care to maintain, inspect, and repair the premises in a reasonably safe condition for the safety of business invitees on the premises, which includes reasonable efforts to keep the premises free from transitory foreign objects or substances that might foreseeably give rise to loss, injury, or damage, to warn of dangerous conditions, and in its mode of operation of the business premises.

8. Defendant WALMART STORES EAST, L.P., negligently failed to maintain his premises in a reasonably safe condition, negligently failed to correct a dangerous condition about which Defendant WALMART STORES EAST, L.P. either knew or should have known, by the use of reasonable care, and/or negligently failed to warn CAROLYN MITCHELL of a dangerous condition about which Defendant WALMART STORES EAST, L.P. had, or should have had, knowledge greater than that of CAROLYN MITCHELL.

9. Defendant WALMART STORES EAST, L.P., negligently failed to exercise reasonable care in the maintenance, inspection, repair, warning, or mode of operation of the business premises by allowing water or other transient liquids or substances to be and

2

to remain on the floor of its premises.

10. The dangerous condition was created by and/or known to Defendant, WALMART STORES EAST, L.P., or had existed for a sufficient length of time so that defendant should have known of it.

11. As a result of Defendant, WALMART STORES EAST, L.P.'s negligence, Plaintiff, CAROLYN MITCHELL, fell.

12. As a result the aforementioned fall, Plaintiff, CAROLYN MITCHELL, suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical, chiropractic and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition, disease or physical defect. CAROLYN MITCHELL's losses are either permanent or continuing and plaintiff will suffer the losses in the future.

## COUNT II

### LOSS OF CONSORTIUM AGAINST WAL-MART STORES EAST, LP

13. Plaintiffs reassert the allegations in Count I, above, and incorporate same into this Count.

14. At all times material hereto, CAROLYN MITCHELL and DEWAYNE MITCHELL were married to each other.

15. At as a direct and proximate result of the aforementioned negligence, DEWAYNE MITCHELL has in the past and will in the future suffer the loss of CAROLYN

MITCHELL's services, support, companionship, protection and consortium.

## COUNT III

## NEGLIGENCE AS AGAINST DEFENDANT DERRICK PETERSON

16. Plaintiff, CAROLYN MITCHELL, realleges and incorporates the allegations set forth in paragraphs 1-4, above.

11. At all times material hereto, DERRICK PETERSON was a Florida Resident and was acting as the Store Manager for the Wal-Mart Store located at 1850 SW Gatlin Blvd., Port St. Lucie, St. Lucie County, FL.

12. On or about May 3, 2020, Defendant, DERRICK PETERSON, as the Store Manager, was in control of the business premises as contemplated under Florida Statute 768.0710 and owed a duty of reasonable care to maintain the premises in a reasonably safe condition for the safety of business invitees on the premises, including Plaintiff. This includes reasonable efforts to keep the premises free from transitory foreign substances and/or objects that might foreseeably give rise to loss, injury or damage, reasonable care in the maintenance, inspection, repair, warning and/or mode of operation of the business premises, and appropriate oversight of store employees regarding the maintenance, inspection, repair, warning and/or mode of operation of the business premises.

13. At the time of the alleged incident Defendant, DERRICK PETERSON, owed a duty to Plaintiff, CAROLYN MITCHELL, who was an express or implied business invitee of Defendant, Wal-Mart Stores East, LP and went onto Defendant, Wal-Mart Stores East, LP's premises to shop for goods.

4

14. At the time of the incident, Defendant DERRICK PETERSON negligently failed to exercise reasonable care in the maintenance, inspection, repair, warning and/or mode of operation of the business premises, and appropriate oversight of store employees regarding the maintenance, inspection, repair, warning and/or mode of operation of the business premises in that he, and the employees under his supervision, allowed a foreign transitory substance to remain on the floor and by otherwise failing to ensure reasonable precautions were taken to maintain said property in a reasonable safe condition. Defendant DERRICK PETERSON breached his duty to Plaintiff, either personally or through the negligence of those under his supervision and control, by failing to conduct reasonable periodic inspections and safety inspections to discovery and remove dangerous foreign transitory substances from the floor of said premises and to clean up or remove such dangerous foreign transitory substances prior to business invitees being injured, and failing to post warnings regarding dangerous foreign transitory substances which DERRICK PETERSON had, or should have had, knowledge greater than business invitees.

15. As a result of Defendant DERRICK PETERSON's negligence, Plaintiff, CAROLYN MITCHELL, slipped and fell.

16. As a result the aforementioned fall, Plaintiff, CAROLYN MITCHELL, suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical, chiropractic and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition, disease or physical defect. CAROLYN MITCHELL's losses are either permanent or continuing and plaintiff will suffer the losses in the future.

## COUNT IV

## LOSS OF CONSORTIUM AGAINST DERRICK PETERSON

17. Plaintiffs reassert the allegations in Count III, above, and incorporate same into this Count.

18. At all times material hereto, CAROLYN MITCHELL and DEWAYNE MITCHELL were married to each other.

19. At as a direct and proximate result of the aforementioned negligence, DEWAYNE MITCHELL has in the past and will in the future suffer the loss of CAROLYN MITCHELL's services, support, companionship, protection and consortium.

WHEREFORE, Plaintiffs, CAROLYN MITCHELL and DEWAYNE MITCHELL, her husband, sue the Defendants, WALMART STORES EAST, LP and DERRICK PETERSON, for compensatory damages, costs and interest and demands trial by jury of all issues so triable as a matter of right.

STEINGER, GREENE & FEINER
Attorneys for Plaintiffs
507 NW Lake Whitney Place
Port St. Lucie, FL 34986
Telephone: (772) 621-9934
Facsimile: (772) 621-9954
dmitchell@injurylawyers.com
jbullard@injurylawyers.com

/s/ David S. Mitchell
David S. Mitchell, Esquire
Florida Bar No.: 75935